IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CRIMINAL NO. 10-00292-CG-N |
| | ) | (Civil Action No. 12-0551-CG) |
| KIMBERLY HARLAN, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated December 23, 2013, is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner's § 2255 petition, seeking to vacate, set aside, or correct his sentence is hereby **DENIED** and, further, that a certificate of appealability is hereby **DENIED**.

**DONE and ORDERED** this 16th day of January, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE