# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL NO. 10-00292-CG-N |
| ) | (Civil Action No. 12-0551-CG) |
| KIMBERLY HARLAN, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this petition be and is hereby **DENIED** and, further, that a certificate of appealability is **DENIED**.

**DONE and ORDERED** this 16th day of January, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE